

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00792-CV

Richard **LARES**,
Appellant

v.

Martha **FLORES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that no costs be assessed against appellant Richard Lares because he is indigent.

SIGNED February 11, 2015.

Marialyn Barnard, Justice